USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 26, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Sandy Graciano**, *on behalf of himself and all other persons similarly situated*,

                             **Plaintiff,**

              v.

**Lucy Paris, Inc.**,

                             **Defendant.**

---

1:21-cv-6936-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled (ECF No. 7), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 45 (forty-five) days.

**SO ORDERED.**

**Dated:** Oct. 26, 2021
           New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**